# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHN HENRY FREDERICK,

    Plaintiff,

v.                                 CASE NO. 4:18cv408-RH-MJF

WAKULLA CI MEDICAL
ADMINISTRATION DEPT. et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 23. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on June 12, 2019.

                                        s/Robert L. Hinkle
                                        United States District Judge